W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant JOSE NUNEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE NUNEZ,<br><br>　　　　　　Defendant. | No. 1:24-cr-00128 JLT SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER** |

On June 12, 2024 Defendant Jose Nunez was indicted on federal crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Mr. Nunez on June 26, 2022. Mr. Nunez was sentenced pursuant to a plea agreement on August 11, 2025. He was sentenced to 262 months. The time for filing a direct appeal was August 27, 2025. No appeal was filed. Mr. Nunez was in custody at sentencing. Having completed his representation of Defendant Jose Nunez, his counsel W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Nunez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

///

1

Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: November 13, 2025         Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, JOSE NUNEZ

### [PROPOSED] ORDER

Having reviewed the notice and found that attorney W. Scott Quinlan has completed the services for which he was appointed, the Court hereby grants attorney W. Scott Quinlan's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) or (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this Order on Defendant Jose Nunez at the following address and to update the docket to reflect Defendant's pro se status and contact information. The Defendant's address is as follows:

> Jose Nunez
> Registration #20033-511
> FCI Victorville Medium I
> 13777 Air Expressway Blvd.
> Victorville, CA 92394

IT IS SO ORDERED.

Dated: **November 14, 2025**                           /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE